IN THE UNITED STATES DISTRICT COURT OF
THE SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)

BERKLEY VACATION RESORTS, INC., *et. al.*,    Case No.: 0:18-cv-62372FAM

    Plaintiffs,

vs.

MITCHELL REED SUSSMAN, an individual,

    Defendant.

## **PROPOSED JOINT SCHEDULING ORDER**

Having considered the positions of the parties, as set forth in their Joint Planning and Scheduling Report, this Honorable Court hereby enters the following scheduling and case management requirements which will govern trial preparation of this case.

Accordingly, it is **ORDERED**:

- **(a) Case Management Track:** This case shall be assigned to a: COMPLEX TRACK pursuant to Local Rule 16.1.A.1.

- **(b) Discovery Plan:** The detailed discovery schedule agreed to by the parties shall be followed as noted below:

    - **(i) Fed. R. Civ. P. 26(a)(1) Disclosures:** The Parties shall exchange information described in Fed.R.Civ.P. 26(a)(1) by February 11, 2019.

    - **(ii) Requests for Admission:** Requests for Admission may be propounded immediately, if not already served, and will be in accordance with the Federal Rules of Civil Procedure.

    - **(iii) Written Interrogatories:** Written Interrogatories may be propounded immediately, if not already served, and will be in accordance with the Federal Rules of Civil Procedure.

    - **(iv) Requests for Production or Inspection:** Requests for Production and Inspection may be propounded immediately, if not already

served, and will be in accordance with the Federal Rules of Civil Procedure.

**(v)** **Oral Depositions:** The parties may immediately proceed with oral depositions in accordance with the Federal Rules of Civil Procedure, except that Plaintiffs shall be allowed to take up to _____ depositions.

**(vi)** **Disclosure of Expert Testimony:** Fed. R. Civ. P. 26(a)(2) disclosures for the party carrying the burden of proof on an issue will be due no later than September 11, 2019. Rebuttal Fed. R. Civ. P. 26(a)(2) disclosures will be due no later than October 11, 2019.

**(vii)** **Supplementation of Disclosures and Responses:** The Parties shall provide supplementation as required by Fed. R. Civ. P. 26(e).

**(viii)** **Discovery Deadline:** November 11, 2019.

**(ix)** **Summary Judgment Motions**: The deadline to file motions for summary judgment shall be December 11, 2019.

**(c)** **Any agreements or issues to be decided by the Court regarding the preservation, disclosure, and discovery of documents, electronically stored information, or things:**

The Parties agreed to preserve all potential relevant documents including electronically stored information, and shall endeavor to reach an agreed-upon ESI Protocol regarding the production of electronically stored information.

**(d)** **Any agreements the parties reach for asserting claims of privilege or protection of trial preparation material after production:**

The Parties agreed to comply with the applicable provisions of the Federal Rule of Evidence and the Federal Rules of Civil Procedure, including but not limited to Fed. R. Evid. 502 and Fed. R. Civ. P. 26(b)(5)(B).

**(e)** **Joinder of Parties and Amending Pleadings:** The final date for filing motions for leave to join parties or to amend pleadings shall be three months from the date of the Court's ruling on Defendant's pending Motion to Dismiss.

**(f)** **Deadline for filing Pretrial Motions:**

The final date for filing all pretrial motions is _____.

**(g)** **Deadline for Resolution of Pretrial Motions:**

The final date for resolution of all pretrial motions is _____.

**(h)** **Any proposed use of the Manual on Complex Litigation and any other need for rule variations, such as on deposition length or number of depositions;**

None currently anticipated.

**(i)** **Pretrial Conference Date:**

_____.

**(j)** **Trial Date:**

_____.

**DONE AND ORDERED**, at Miami, Florida, this \_\_\_\_\_ day of April 2019.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record