IN THE UNITED STATES DISTRICT COURT OF
THE SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)

BERKLEY VACATION RESORTS, INC., *et al*.,      Case No.: 0:18-cv-62372FAM

      Plaintiffs,

vs.

MITCHELL REED SUSSMAN, an individual,

      Defendant.

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER GOVERNING CONFIDENTIALITY

Plaintiffs and Defendant Mitchell Reed Sussman jointly move this Court for entry of a Stipulated Protective Order Regarding Confidentiality, which addresses the handling of information produced, given or exchanged by and among the Parties and non-parties in the above-captioned matter.

Having conferred on the matter, the Parties agree that certain information to be produced by and between the Parties and non-parties are confidential in nature and should be subject to protection. Accordingly, the Parties respectfully request that the Court enter the attached proposed Stipulated Protective Order Regarding Confidentiality. This Order shall not supersede the Court's requirement to obtain leave before filing any document under seal.

DATED this 4th day of April, 2019           Respectfully submitted,

GREENSPOON MARDER LLP                        MICHAEL L. FEINSTEIN, PA

By:   */s/ Roy Taub*                         By:   */s/ Michael L. Feinstein*
Richard W. Epstein                           Michael L. Feinstein
Florida Bar No. 229091                       FBN 650382
richard.epstein@gmlaw.com                    200 SE 18th Court
maria.salgado@gmlaw.com                      Fort Lauderdale, FL 33316

| | |
|---|---|
| Jeffrey A. Backman<br>Florida Bar No. 662501<br>jeffrey.backman@gmlaw.com<br>khia.joseph@gmlaw.com<br>Roy Taub<br>Florida Bar No. 116263<br>roy.taub@gmlaw.com<br>cheryl.cochran@gmlaw.com<br>200 East Broward Boulevard, Suite 1800<br>Fort Lauderdale, Florida 33301<br>Telephone: 954.491.1120<br>Facsimile:  954.343.6958<br><br>*Attorneys for Plaintiffs* | Telephone:  (954) 767-9662<br>Facsimile:   (954) 764-4502<br>Michael@feinsteinlaw.net<br><br>MITCHELL REED SUSSMAN & ASSOCIATES<br>Mitchell Reed Sussman<br>1053 S. Palm Canyon Drive<br>Palm Springs, CA 92264<br>Telephone:  (760) 325-7255<br>raventv1@aol.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 4, 2019, the foregoing was electronically filed with the clerk of the court using the CM/ECF Portal, which will send notice of filing and a service copy to all counsel of record.

_____/s/  Roy Taub_____
ROY TAUB